STATE OF CONNECTICUT *v.* EVERTON LEWIS

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 354, is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided September 19, 1991

---

SUFFIELD BANK *v.* WILLIAM W. BERMAN ET AL.

The defendants William W. Berman, James J. Luzzi and Thomas E. Kohanski's petition for certification for appeal from the Appellate Court, 25 Conn. App. 369, is denied.

*Kerry M. Wisser,* in support of the petition.

*Carol A. Fantozzi,* in opposition.

Decided September 19, 1991

---

RUDRA TAMM, TRUSTEE *v.* J. WILLIAM BURNS, COMMISSIONER OF TRANSPORTATION, ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 468, is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff had adequately alleged facts amounting to a substantial claim of a violation of his constitutional right against taking of his property without just compensation, so as to avoid the bar of sovereign immunity?"

*Kenneth N. Tedford,* assistant attorney general, in support of the petition.

Decided September 19, 1991